No. 07-16-00265-CR

| | | |
|---|---|---|
| Andre Rynell Edwards<br>    Appellant | § | From the 52nd District Court<br>    of Coryell County |
| | § | |
| v. | | January 30, 2017 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
|    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 30, 2017, it is ordered, adjudged and decreed that the judgment of the trial court is reformed as set forth in the opinion and affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o